No. 84–1945.   Galuszka v. Schwab, for and on Behalf of the Minor, Schwab.   Appeal from Ct. App. La., 4th Cir., dismissed for want of jurisdiction.   Treating the papers whereon the

appeal was taken as a petition for writ of certiorari, certiorari denied.